United States District Court

Eastern District of California

David Dewayne Maulden,

      Plaintiff,                    No. Civ. S 95-1693 PAN P

  vs.                              Order

James Gomez, et al.,

      Defendants.

-oOo-

September 7, 2004, defendants moved for a settlement conference, which the court denied October 8, 2004.  October 27, 2004, plaintiff filed a "notice of change of address and motion to schedule delayed mandatory settlement conference after July 2005."  November 22, 2004, defendants moved again for a settlement conference.  The court will not set a settlement conference unless all parties request it.

It appears plaintiff has been released from custody.

Good cause appearing, the court hereby orders that:

1     1. Defendants' November 22, 2004, motion for a settlement conference is denied.

2     2. Within 10 days, plaintiff shall inform the court whether he remains incarcerated.

3     3. Within 10 days, the parties may submit a joint request for a settlement conference. If they do not the court will proceed to a pretrial conference.

Dated: September 6, 2005.

                    /s/ Peter A. Nowinski
                    PETER A. NOWINSKI
                    Magistrate Judge