United States District Court

Eastern District of California

David Dewayne Maulden,

     Plaintiff,                    No. Civ. S 95-1693 PAN

  vs.                               Order

James Gomez, et al.,

     Defendants.

-oOo-

Pursuant to the parties' joint request, the court has scheduled a settlement conference December 9, 2005, at 9:00 a.m. before Magistrate Judge Gregory G. Hollows.

Each party is directed to have a principal capable of disposition at the settlement conference or to be fully authorized to settle the matter on any terms at the settlement conference.

Each party is directed to submit to the chambers of Judge Hollows confidential settlement conference statements not later

1 than December 2, 2005.  Such statements are neither to be filed
2 with the clerk nor served on opposing counsel.  However, each
3 party shall notify the other party that the statement has been
4 submitted to the judge's chambers.
5     So ordered.
6     Dated: November 9, 2005.

            /s/ Peter A. Nowinski
            PETER A. NOWINSKI
            Magistrate Judge