IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID DEWAYNE MAULDEN,

    Plaintiffs,               No. CIV S-95-1693 PAN P

    vs.                        ORDER

JAMES GOMEZ, et al.,

    Defendants.            <u>ORDER</u>

_____/

        On December 9, 2005, plaintiff prose, and defendants, by and through their counsel, met in settlement conference. The parties agreed to settle the case, and the settlement was placed on the record.

        Accordingly, all previously scheduled dates in this case are vacated. Payment of settlement shall be made and dispositional papers shall be filed no later than February 7, 2006.

        IT IS SO ORDERED.

DATED: 12/14/05

                              /s/ Gregory G. Hollows
                              _____
                              UNITED STATES MAGISTRATE JUDGE

GGH:gh:035
maulden1693.sc

1